[2767. Decided February 5, 1898.]

S. J. NATHAN *et al., Respondents,* v. MORRIS FOX, *et ux., Appellants.*

Appeal from Superior Court, Spokane County.—Hon. WILLIAM E. RICHARDSON, Judge. Affirmed.

*Samuel R. Stern,* for appellants.
*H. M. Stephens,* for respondents.

*Per Curiam.*—We have read all the testimony in this case, and are satisfied of the correctness of the orders of the court in every particular, and of the judgment rendered.

The judgment will therefore be affirmed.